UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **JANE GABRIEL**, <br><br>    Plaintiff, <br><br> vs. <br><br> **ANDREW COUNTY, MISSOURI**, and **BRYAN ATKINS**, <br><br>    Defendants. | Case No. 5:18-cv-06158-DGK |

## JOINT MOTION FOR PROTECTIVE ORDER
## AND SUGGESTIONS IN SUPPORT

COME NOW Plaintiff and Defendants by and through their respective counsel of record and move the Court for entry of a Protective Order. The parties agree entry of a Protective Order is necessary to facilitate the exchange of information between the parties as they agree some of the information to be provided will be confidential. Attached is a Protective Order which has been agreed to by the parties.

WHEREFORE, the parties pray the Court enter the attached Protective Order and for such further and different relief as the Court deems appropriate.

    Respectfully submitted:

    **MURPHY, TAYLOR, SIEMENS & ELLIOTT, P.C.**

    /s/ Benjamin S. Creedy
    Benjamin S. Creedy  MO 56371
    3007 Frederick Avenue
    St. Joseph, MO 64506
    Telephone: (816_ 364-6677
    Fax: (816) 364-9677
    Bencreedy@mtselaw.com

    ATTORNEYS FOR PLAINTIFFS

1

**CORONADO KATZ LLC**

/s/ Steven F. Coronado

| | |
|---|---|
| Steven F. Coronado | MO 36392 |
| Aly Brownlee | MO 66891 |
| Christopher L. Heigele | MO 45733 |

14 West Third Street, Suite 200
Kansas City, MO  64105
Telephone:   (816) 410-6600
Facsimile:    (816) 337-3892
steve@coronadokatz.com
aly@coronadokatz.com
chris@coronadokatz.com

ATTORNEYS FOR DEFENDANTS