# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | |
|---|---|
| JANE GABRIEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 5:18-cv-06158-DGK |
| ) | |
| ANDREW COUNTY, MO, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (Doc. 37) is GRANTED.


February 7, 2020               Paige Wymore-Wynn
Dated                          Clerk of Court

February 7, 2020               /s/ Tracy Strodtman
Entered                        (by) Deputy Clerk